IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EFRAIN CAZAREZ SUAREZ,

       Petitioner,                          No. 2:11-cv-2637 KJN P

    vs.

MIKE MARTEL,

       Respondents.                     <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] In his application, petitioner challenges a conviction issued by the Merced County Superior Court. Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Petitioner did not pay the filing fee or file an affidavit to proceed in forma pauperis.

1

1. Good cause appearing, IT IS HEREBY ORDERED that:

   1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

   2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

   > United States District Court
   > Eastern District of California
   > 2500 Tulare Street
   > Fresno, CA 93721

DATED: October 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

suar2637.109